UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS BERNAL NUNEZ,<br><br>Defendant. | Case No. 17-cr-00520-PCP-5 (VKD)<br><br>**ORDER OF RELEASE PENDING REVOCATION HEARING** |

On June 29, 2026, defendant Jesus Bernal Nunez appeared pursuant to a summons for an initial appearance before the Court on a petition charging him with violations of his conditions of supervised release. *See* Dkt. No. 244. The Probation Officer recommended that Mr. Nunez remain out of custody, pending a revocation hearing, but that he be ordered to participate in a dual-diagnosis residential treatment program. The United States concurred in that recommendation, and Mr. Nunez agreed.

Having considered the factors set forth in 18 U.S.C. § 3142(g), the matters in the petition, the proffers of counsel for Mr. Nunez and for the United States, and the recommendation of the Probation Officer, and for the reasons stated on the record, the Court concludes that Mr. Nunez has met his burden to show by clear and convincing evidence that a combination of conditions may be imposed to reasonably assure that he does not pose a danger to the community and his appearance for Court as required. Fed. R. Crim. P. 32.1(a)(6).

Accordingly, the Court orders that Mr. Nunez shall remain out of custody pending a revocation hearing and imposes the following conditions:

1. Mr. Nunez must participate in the residential treatment program provided by the New

United States District Court
Northern District of California

Bridge Foundation, located at 2323 Hearst Ave., Berkeley, CA, for a period of at least 90 days.

2. Mr. Nunez must report to and begin treatment with the New Bridge Foundation **no later than 2:00 p.m. on July 2, 2026,** after receiving confirmation from his Probation Officer that bed space is available.

3. Mr. Nunez must comply with all rules and requirements of the New Bridge Foundation's program.

Mr. Nunez must continue to comply with all of the preexisting conditions of his supervised release, which remain unchanged.

**IT IS SO ORDERED.**

Dated: June 29, 2026

Virginia K. DeMarchi
United States Magistrate Judge

2